in his favor in the amount of $10,000 for the personal injuries sustained by him and in the amount of $300 for the property damage, together with costs of the action and appeal against defendant, Weldon, and the judgment as thus modified is otherwise affirmed. On examination of the entire record, especially with respect to the testimony of the disinterested pedestrian witnesses, the decision on the Verlaque complaint is contrary to the weight of the credible evidence, even after according the greatest significance, as we should, to the opportunity of the trier of the facts to assess the testimony of the witnesses who appeared before him. Plaintiff Verlaque established his freedom from contributory negligence, and we agree that defendant Weldon was properly found guilty of negligence. Concur — Breitel, Rabin, McNally and Stevens, JJ.; Botein, P. J., dissents and votes to affirm. Settle order.

■ In the Matter of GEORGE T. SIMINERI, Appellant, against PAUL R. SCREVANE, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ JOHN R. BOLAND & CO., INC., Respondent, v. HERBERT MAGNES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ IRVING MINDEL, Respondent, v. A. D. STEWART et al., Appellants.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ CROWN WORSTED MILLS, INC., Respondent, v. NATHAN L. SHEINMAN et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ.

■ SIDNEY BAHRT, Respondent, v. COMMERCIAL STUDIOS, INC., Appellant. — Order unanimously modified on the law and in the exercise of discretion by reinstating items 11, 12 and 13, but with the deletion of the words " whether or not " from item 11, and as so modified affirmed, with costs to the appellant. Settle order. Concur — Botein, P. J., Breitel, Rabin and Stevens, JJ.

■ SIDNEY BAHRT, Respondent, v. COMMERCIAL STUDIOS, INC., Appellant. — Order unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin and Stevens, JJ.

■ In the Matter of BRONX PARK EAST COMPANY, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The question presented on this appeal is whether the action of the respondent Administrator was arbitrary and capricious in disallowing a certain sum as an operating expense. Since the appellant has been allowed full management commissions and expenses, and the enumerated duties of the assistant superintendent (though paid by appellant) were clearly within the scope of management functions, we think to answer the question in the affirmative would be to sanction a duplication of such operating expense. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN FINKEL, Appellant.— Judgment unanimously modified, on consent, to reduce sentence to time served and the payment of $500. Settle order. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of CONCETTA MACALUSO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.